UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT HARRISONBURG

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | Criminal Action: | 5:10cr00025-001 |
|  | Date: | 9/7/2010 |
| vs. | Judge: | B. Waugh Crigler |
|  | Court Reporter: | Jody Turner, FTR |
|  | Deputy Clerk: | Jody Turner |
| Don Francis Simonpietri | Probation Off.: | WR Good |
| Present/Custody | Interpreter: | N/A |
|  | Time in Court: | 12:11 - 1:00 = 49 min |
|  | Type of Hrg: | **INIT APPEARANCE** |

## COUNSEL OF RECORD

USA Attorney: Ron Huber, AUSA

Atty for Deft: ___ /CJA ___ /Ret ___ /None
Andrea Harris, AFPD

Case Agent: William Metcalf, ATF

## WITNESSES

1. William Metcalf, ATF

1. Georgana Orndorff

2. 

2. 

## INITIAL APPEARANCE

Indictment **X** or Complaint ___   Arrest Date: _____ Warrant: Y/N **Y** or For Cause Y/N **Y**

**X** Adv. of Rights:   Immediate Request for continuance by defendant: _____
                        Hearing cont'd to _____

___ Motion to Unseal by Govt ___   Motion to Unseal Granted ___   Denied ___

**X** Identity:
    Admitted **X**   Stipulated ___   Evidence taken ___   Probable Cause Found ___

**X** Counsel:
    Present **X**   Without Counsel ___   Counsel requested prior to Initial Appearance ___
    Fin Affidavit filed ___   Request granted for CJA ___   Deft to retain counsel ___
    Hrg contd for deft to next app w/ counsel for IA ___   Bail ___   Dtn ___   Arrgn ___   Other ___

___ PrelimHrg: Waived Open Court ___   Prelim Held ___   PC Found Y/N **Y**   HrgReq ___   Set for _____

**X** Conds/Release and/or Detention:
    Govt Mtn for Dtn made **X**   Opposed by Defts ___   Hrg set for _____ on
    Govt Mtn for cont of detn hrg (up to 3 days) ___   Deft Mtn for cont/det hrg (up to 5 days) ___
    Bond Set $ _____ Cash ___   10% Corp Surety ___   Property ___   Mtn/Dtn Granted ___
    Conditions of Release or Reasons for Detention:

    ☐ 1) no viol law        ☐ 2) appear ct ...      ☐ 3) remain residence
    ☐ 4) USPO supv          ☐ 5) no drugs           ☐ 6) urinalysis
    ☐ 7) no guns            ☐ 8) no dogs            ☐ 9) remain WDVA
    ☐ 10)                   ☐ 11)                   ☐ 12)
    ☐ 13)                   ☐ 14)                   ☐ 15)

    Advised as to penalties/sanctions in open court ___

**X** DEFT TO NEXT APPEAR FOR trial ___ ON 11/9/2010 BEFORE JUDGE Conrad

**ORDERS FORTHCOMING:**

CJA 20 ___   Bond ___   Temp Dtn ___   Dtn Pending Trial **X**   Notice ___   Other ___

Defendant can't write very well.

Defendant informed of charges and maximum sentence that may be imposed.

Court determines financial status in open court.
Government does not think he is qualified for court appointed counsel.
Court will appoint Ms. Harris as a provisional stand by counsel.

Arraignment:
Defendant pleads not guilty.

Government moves for detention.

Bond Hearing:
Government calls William Metcalf, ATF. Concern of suicide.
Cross by Defense.
Redirect by Government.

Court questions D. Bender, USMJ. Defendant is on suicide watch. Refused food, water & medical attention.
Cross by Government.
Cross by Defense.

Defense calls Georgana Orndorff.
Cross by Government.

Government argues for detention.
Defense argues for release.
Government argues.

Court finds that the defendant's behavior is a concern of the court.
Court will detain. When a home study is done and the defendant will cooperate with his own care the court will consider release.
Court would not think of anything less than $250,000 corporate surety.

Defendant remanded to USM custody.
Indictment is unsealed.

1 - Judge; 2 - Defendant; 3 - Andrea Harris; 4 - Ron Huber; 5 - William Metcalf; 6 - D. Bender, USMJ; 7 - Orndorff;