# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 5-10-cv-00025 |
| v. ) | **PRETRIAL ORDER** |
| ) | By:  Hon. Glen E. Conrad |
| **DON FRANCIS SIMONPIETRI,** ) | Chief United States District Judge |
| Defendant. ) | |

Pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, it is hereby

O R D E R E D

that all pretrial motions in this action shall be filed and scheduled by the parties for hearing, at least 15 days prior to the trial date.

It is further

ORDERED

that in cases where a plea agreement is anticipated, the agreement shall be executed by at least 15 days to the trial date.  Except with good cause shown, failure of the defendant to execute the plea agreement on or before 15 days prior to the trial date, will result in a loss of acceptance of responsibility.

The Clerk is directed to send certified copies of this Order to counsel of record for all parties.

ENTER:     September 21, 2010

s/ Glen E. Conrad
Chief United States District Judge