# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

Action No.: 5:10cr00025

-vs-

Date: 10/5/10

Judge: Crigler

Don Francis Simonpietri

Court Reporter: K. Bauserman, FTR

## LIST OF WITNESSES

Attorney                                         Attorney

Jeb Terrien                                      Andrea Harris-FPD

PLAINTIFF/GOVERNMENT:                             DEFENDANT:

1. _____              1. _____
2. _____              2. _____
3. _____              3. _____
4. _____              4. _____

**PROCEEDINGS:**

Attorney Status Hearing:
PO: Rachel Funkhouser

Dft sworn.

Court asks dft what the status is on him retaining counsel.

Dft. states that he has talked with a couple attorneys but he has to travel to Roanoke today to speak to a third attorney and then he should have a retained attorney within the next few days.

Court asks the gov't what their position is on this matter.

Gov't has no issues with giving the dft a little more time.

Court asks PO if the dft is doing well, and the PO states that he is.

Court releses dft. under the same bond conditions and reminds him that he needs to get a retained attorney within the next few days.

Time in court: 9:35-9:37, Total: 2 minutes